IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAMMON T. HAYNES, | ) | |
|---|---|---|
| Petitioner, | ) | 8:19CV87 |
| v. | ) | |
| BRAD HANSEN, Warden, and STATE OF NEBRASKA, | ) | ORDER |
| Respondents. | ) | |

IT IS ORDERED that Petitioner's Motion for Reconsideration (filing no. 16) is denied.

DATED this 8th day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge